Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–28325–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
George Johnson
31 Arborway Way
Ocean, NJ 07712

Social Security No.:
xxx–xx–1961

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/24/20.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 27, 2020
JAN: kmm

Jeanne Naughton
Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                     Case No. 17-28325-MBK
George Johnson                                             Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2            Date Rcvd: Jul 27, 2020
                              Form ID: 148             Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2020.
db             +George Johnson,    31 Arborway Way,    Ocean, NJ 07712-3250
aty            +Jenelle C. Arnold,    Aldridge Pite, LLP,    4375 Jutland Dr.,    Ste., 200,    PO Box 17933,
                 San Diego, CA 92177-7921
517057928      +Bank of New York Mellon,    c/o Fein Such, Kahn & Shepard,    7 Century Drive,    Suite 201,
                 Parsippany, NJ 07054-4609
517057929      +Barbara Jo Johnson,    31 The Arbor Way,    Ocean Township, NJ 07712-3250
517057932       Bayview Loan Servicing, LLC,    PO Box 650091,    Dallas, TX 75265-0091
517618516     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:    STATE OF NEW JERSEY,    DEPARTMENT OF THE TREASURY,
                 DIVISION OF TAXATION,    P.O. BOX 245,    TRENTON, NJ 08695-0245)
517057936      +State of New Jersey,    Division of Taxation,    PO Box 046,    Trenton, NJ 08601-0046

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 27 2020 23:12:02      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 27 2020 23:12:00      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
lm             +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 27 2020 23:12:21
                 Bayview Loan Servicing,    4425 Ponce De Leon Blvd.,    5th Floor,    Coral Gables, FL 33146-1873
517948920      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 27 2020 23:12:21
                 BAYVIEW LOAN SERVICING, LLC,    4425 PONCE DE LEON BLVD,    CORAL GABLES, FL 33146-1873
517197432      +E-mail/Text: bankruptcy@cavps.com Jul 27 2020 23:12:15      Cavalry Investments, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517057933      +EDI: PRA.COM Jul 28 2020 02:38:00      Citibank,    c/o Portfolio Recovery Assoc,
                 140 Corporate Blvd,    Norfolk, VA 23502-4952
517057934      +EDI: IRS.COM Jul 28 2020 02:38:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
517215627       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 27 2020 23:18:22
                 LVNV Funding, LLC its successors and assigns as,    assignee of North Star Capital,
                 Acquisition LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517057935      +E-mail/Text: bknotice@ercbpo.com Jul 27 2020 23:12:07      Sprint,
                 C/O Enhanced Recovery Collection,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
517261661      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 27 2020 23:12:21
                 THE BANK OF NEW YORK MELLON,    c/o Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd.,
                 Coral Gables, FL 33146-1837
518860588      +EDI: WFFC.COM Jul 28 2020 02:38:00      THE BANK OF NEW YORK MELLON FKA THE BANK et al.,
                 C/O Bank of America N.A.,    P.O. Box 660933,    Dallas, TX 75266,
                 THE BANK OF NEW YORK MELLON FKA THE BANK,    C/O Bank of America N.A. 75266-0933
518860587      +EDI: WFFC.COM Jul 28 2020 02:38:00      THE BANK OF NEW YORK MELLON FKA THE BANK et al.,
                 C/O Bank of America N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517057931*     +Barbara Jo Johnson,    31 The Arbor Way,    Ocean Township, NJ 07712-3250
517057930*     +Barbara Jo Johnson,    31 The Arbor Way,    Ocean Township, NJ 07712-3250
                                                                                 TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2020                                       Signature:  /s/Joseph Speetjens

```
District/off: 0312-3              User: admin              Page 2 of 2              Date Rcvd: Jul 27, 2020
                                  Form ID: 148             Total Noticed: 19
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2020 at the address(es) listed below:
          Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
          Albert    Russo    docs@russotrustee.com
          Denise E. Carlon     on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
           AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2005-J1 MORTGAGE
           PASS-THROUGH CERTIFICATES, SERIES 2005-J1 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Denise E. Carlon     on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE (CWALT 2005-J1) dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Eugene D. Roth     on behalf of Debtor George    Johnson erothesq@gmail.com
          R. A. Lebron     on behalf of Loss Mitigation    Bayview Loan Servicing bankruptcy@feinsuch.com
          R. A. Lebron     on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, as servicer for THE BANK OF
           NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2005-J1) bankruptcy@feinsuch.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 8
```