UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

EUGENE D. ROTH, ESQ.-4239
VALLEY PARK EAST
2520 HIGHWAY 35, SUITE 307
MANASQUAN, NEW JERSEY 08736
(732) 292-9288
Attorney for Debtor

Order Filed on August 19, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

GEORGE JOHNSON,

Debtor

Case No.: 17-28325

Chapter: 13

Judge: MBK

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: August 19, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Eugene D. Roth_____, the applicant, is allowed a fee of $ _____1200.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____1200.00_____ . The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
George Johnson  
    Debtor

Case No. 17-28325-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Aug 19, 2020  
Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2020.  
db     +George Johnson,    31 Arborway Way,    Ocean, NJ 07712-3250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2020      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2020 at the address(es) listed below:  
    Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com  
    Albert    Russo    docs@russotrustee.com  
    Denise E. Carlon    on behalf of Creditor     THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2005-J1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-J1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
    Denise E. Carlon    on behalf of Creditor     THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2005-J1) dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
    Eugene D. Roth    on behalf of Debtor George    Johnson erothesq@gmail.com  
    R. A. Lebron    on behalf of Loss Mitigation    Bayview Loan Servicing bankruptcy@feinsuch.com  
    R. A. Lebron    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, as servicer for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2005-J1) bankruptcy@feinsuch.com  
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
    TOTAL: 8